Patrick McMahon SBN 111886
Attorney at Law
703 Market Street #1109
San Francisco, CA  94103
(415) 543-9338 Tel
(415) 543-9449 Fax

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 11-32059 SFC13 |
| | ) | |
| EDWARD P. STURT-PENROSE and | ) | |
| HEATHER L. GIBBONS, | ) | NOTICE OF HEARING |
| | ) | |
| | ) | |
| DEBTORS. | ) | |
| | ) | |

**Hearing**
Date:  August 15, 2011
Time:  9:30 a.m.
Place: U.S. Bankruptcy Court
       235 Pine Street
       San Francisco, CA 94104
       Courtroom 23

### NOTICE OF HEARING ON OBJECTION TO CONFIRMATION

TO CREDITOR, CRYSTAL DELLIGATTI, CREDITOR'S COUNSEL SELWYN D. WHITEHEAD, THE CHAPTER 13 TRUSTEE DAVID BURCHARD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on August 15, 2010 at 9:30 a.m. in the U.S. Bankruptcy Court, 235 Pine Street, San Francisco, CA 94104, Courtroom 23, hearing will be held on Creditor's

-1-

1  OBJECTION TO CONFIRMATION OF PLAN before the HONORABLE THOMAS E.
2  CARLSON.

4  Dated: July 18, 2011                    By:  /s/ Patrick McMahon
5                                                Patrick McMahon, Attorney for Debtors