Patrick McMahon SBN 111886
Attorney at Law
703 Market Street #1109
San Francisco, CA  94103
(415) 543-9338 Tel
(415) 543-9449 Fax

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 11-32059 SFC13 |
| ) | |
| EDWARD P. STURT-PENROSE and ) | |
| HEATHER L. GIBBONS, ) | NOTICE OF HEARING |
| ) | |
| ) | |
| DEBTORS. ) | |
| ) | |

**Hearing**
Date:   August 22, 2011
Time:   9:30 a.m.
Place:  U.S. Bankruptcy Court
        235 Pine Street
        San Francisco, CA 94104
        Courtroom 23

<u>**NOTICE OF HEARING ON OBJECTION TO CONFIRMATION**</u>

TO CREDITORS, DEBBIE FINDLING AND STEVEN MOSS, CREDITORS' COUNSEL MARK ROMEO, THE CHAPTER 13 TRUSTEE DAVID BURCHARD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on August 22, 2010 at 9:30 a.m. in the U.S. Bankruptcy Court, 235 Pine Street, San Francisco, CA 94104, Courtroom 23, hearing will be held on Creditors'

-1-

OBJECTION TO CONFIRMATION OF PLAN before the HONORABLE THOMAS E. CARLSON.

Dated: July 18, 2011                    By:  /s/ Patrick McMahon
                                             Patrick McMahon, Attorney for Debtors