**Patrick McMahon SBN 111886**
**Attorney at Law**
**703 Market Street #1109**
**San Francisco, CA  94103**
**(415) 543-9338 Tel**
**(415) 543-9449 Fax**

**Attorney for Debtors**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DIVISION OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| IN RE: ) | Case No: 11-32059 SFC13 |
| ) | |
| EDWARD P. STURT-PENROSE and ) | |
| HEATHER L. GIBBONS, ) | Chapter 13 |
| ) | |
| ) | |
| DEBTORS. ) | CERTIFICATE OF SERVICE |
| ) | |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 703 Market Street #1109, San Francisco, CA 94103.

On July 18, 2011 I served, in the manner indicated, the foregoing documents described as:

**NOTICE OF HEARING**

On the interested parties in said action by placing true copy(ies) thereof, enclosed in a sealed envelope, and addressed as follows:

David Burchard, Trustee
Chapter 13 Standing Trustee
PO Box 8059
Foster City, CA 94404

US Trustee, Region 17
United States Department of Justice
235 Pine Street, Suite 700
San Francisco, CA 94104

CERTIFICATE OF SERVICE

Mark J. Romeo
Law Offices of Mark J. Romeo
235 Montgomery St. #410
San Francisco, CA 94104

_____X____ (By regular _X_ Express____mail) I caused such envelope(s) with postage thereon fully prepaid to be placed in the U.S. Mail at San Francisco, California.

_____ (By Certified Mail, Return Receipt Requested) I caused such envelope(s), with postage thereon fully prepaid, and fees for the certified mail and return of the attached receipt to be placed in the U.S. Mail at San Francisco, California.

_____ (By Federal Express) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

_____ (By Personal Delivery) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed: July 18, 2011 at San Francisco, California.

/s/ Joselyn Cordoba