Patrick McMahon SBN 111886
Attorney at Law
703 Market Street #1109
San Francisco, CA  94103
(415) 543-9338 Tel
(415) 543-9449 Fax

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 11-32059 SFC13 |
| | ) | |
| EDWARD P. STURT-PENROSE and | ) | |
| HEATHER L. GIBBONS, | ) | AMENDED NOTICE OF HEARING |
| | ) | |
| | ) | |
| DEBTORS. | ) | |
| | ) | |

**Hearing**
Date:   August 22, 2011
Time:   9:40 a.m.
Place:  U.S. Bankruptcy Court
        235 Pine Street
        San Francisco, CA 94104
        Courtroom 23

<u>**AMENDED NOTICE OF HEARING ON OBJECTION TO CONFIRMATION**</u>

TO CREDITOR, CRYSTAL DELLIGATTI, CREDITOR'S COUNSEL SELWYN D. WHITEHEAD, THE CHAPTER 13 TRUSTEE DAVID BURCHARD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on August 22, 2011 at 9:40 a.m. in the U.S. Bankruptcy Court, 235 Pine Street, San Francisco, CA 94104, Courtroom 23, hearing will be held on Creditor's

-1-

| | |
|---|---|
| 1 | OBJECTION TO CONFIRMATION OF PLAN before the HONORABLE THOMAS E. |
| 2 | CARLSON. |
| 4 | Dated: July 28, 2011 By: /s/ Patrick McMahon |
| 5 | Patrick McMahon, Attorney for Debtors |